**MENZ BONNER KOMAR & KOENIGSBERG LLP**
Patrick D. Bonner Jr.
One North Lexington Avenue, Suite 1550
White Plains, New York 10601
Tel.: (914) 949-0222/ Fax: (914) 997-4117
(pbonner@mbkklaw.com)
*Attorneys for Defendant Sentinel Insurance Company, Ltd.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------------------------x

| | |
|---|---|
| CONRAD J. BENEDETTO, THE LAW OFFICES OF CONRAD J. BENEDETTO, and JOHN GROFF,<br><br>Plaintiffs,<br><br>-vs-<br><br>SENTINEL INSURANCE COMPANY, LTD., JOHN DOES and ABC ENTITIES A-Z,<br><br>Defendants. | Civil No. 20-cv-483<br><br>**RULE 7.1 DISCLOSURES OF DEFENDANT SENTINEL INSURANCE COMPANY, LTD.** |

-------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel states that Defendant Sentinel Insurance Company, Ltd., a Connecticut corporation, is a wholly-owned subsidiary of The Hartford Financial Services Group, Inc., a Delaware corporation. The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation. To the best of our knowledge, no publicly held corporation currently owns 10% or more of its common stock.

Dated:  White Plains, New York
       January 15, 2020

                MENZ BONNER KOMAR & KOENIGSBERG LLP

                By: _/s/ Patrick D. Bonner Jr._
                      Patrick D. Bonner Jr.
                      (pbonner@mbkklaw.com)

                One North Lexington Avenue, Suite 1550
                White Plains, New York 10601
                Tel.:  (914) 949-0222/ Fax:  (914) 997-4117
                *Attorneys for Defendant Sentinel Insurance Company, Ltd.*